CENTRAL VT. R. CO. v. BATEMAN. (Circuit Court of Appeals, Second Circuit. January 29, 1895.) No. 82. In Error to the Circuit Court of the United States for the Northern District of New York. Louis Hasbrouck, for plaintiff in error. Frank E. Smith, for defendant in error. Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. We find no error in the charge of the trial judge, and are satisfied that there was such a conflict of testimony upon the issues of fact as to require a submission of the case to the jury. The decision upon

defendant's motion for a new trial because the verdict was, as defendant contended, contrary to the evidence, and for excessive damages, is not reviewable in this court. Judgment of circuit court affirmed.